J. T. STEEB & CO., INC. *v.* UNITED STATES

No. 7469.—Invoice dated Manchester, England, May 19, 1941.
　　　　Certified May 19, 1941.
　　　　Entered at Portland, Oreg., July 16, 1941.
　　　　Entry No. 33.

(Decided December 9, 1947)

*Philip Stein* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

ROEHNER, GEHRIG & CO., INC. *v.* UNITED STATES

No. 7470.—Invoice dated Innerleithen, Scotland, January 22, 1942.
　　　　Certified January 23, 1942.
　　　　Entered at New York, N. Y., February 25, 1942.
　　　　Entry No. 740243.

(Decided December 9, 1947)

*Barnes, Richardson & Colburn (Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): This appeal for reappraisement of various items of merchandise concerns the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. 183, C. A. D. 334.

An agreed set of facts shows export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for appraisement of the instant merchandise, and that such statutory values for the articles in question are the unit invoice prices less 5 percent discount, packing included.